OPINION — AG — QUESTION(1): "SHOULD ADDITIONAL STATE AID BE CALCULATED AND PAID TO ANY SCHOOL DISTRICT WHICH ENTERS INTO A CONTRACT WITH A VOCATIONAL TEACHER FOR MORE THAN TEN (10) MONTHS AS PROVIDED IN THIS ARTICLE?" — NEGATIVE QUESTION(2): "IF A TEACHER IS EMPLOYED AS A PART TIME VOCATIONAL TEACHER, WOULD THE DISTRICT BE ENTITLED TO SOME PART OF THE ONE HALF TEACHING UNIT ALLOWED FOR A FULL TIME VOCATIONAL TEACHER?" — NEGATIVE CITE: 70 O.S. 1963 Supp. 18-4 [70-18-4], (W. J. MONROE)